# IN THE SUPREME COURT OF THE STATE OF NEVADA

RACHEL G. BURD,
                    Appellant,
vs.
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE, SUCCESSOR IN
INTEREST TO WACHOVIA BANK,
N.A., AS TRUSTEE FOR STRUCTURED
ADJUSTABLE RATE MORTGAGE
LOAN TRUST, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2005-9,
                    Respondent.

No. 75180

FILED

MAR 14 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court summary judgment. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was prematurely filed, before the entry of a final written judgment. *See* NRAP 4(a)(1); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-10003

cc: Hon. Linda Marie Bell, District Judge
Rachel G. Burd
McCarthy & Holthus, LLP/Las Vegas
Eighth District Court Clerk